# United States District Court
# Central District of California

| | |
|---|---|
| COLD HEAVEN CELLARS LLC; PHYLLIS MORGAN CLENDENEN, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT MANLIN; BONVIVINO CAPITAL LLC; DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:14-cv-01050-ODW(FFMx) <br><br> **ORDER CONTINUING ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION [11]** |

On March 26, 2014, the Court ordered Plaintiffs to show cause by March 31, 2014, why they had not moved for entry of default against Defendants. (ECF No. 11.) On March 28, 2014, Plaintiffs responded to the Order, indicating that counsel for Defendants has just received a copy of the Complaint. Plaintiffs state that they will likely be filing a stipulation allowing Defendants to respond to the Complaint by April 11, 2014.

In light of Plaintiffs' response, the Court **CONTINUES** the Order to Show Cause to **Monday, April 14, 2014**, and **CONTINUES** Defendants' response date until **Friday, April 11, 2014**. No hearing will be held; the parties shall respond in writing. The parties need not file a stipulation extending Defendants' response date unless they wish to further extend the deadline. But this current extension will count

toward the 30-day limit set forth in Local Rule 8-3.  An answer or other response will take precedence over a simultaneously filed motion for entry of default.  Failure to timely respond will either result in dismissal for lack of prosecution or entry of default judgment as appropriate.

**IT IS SO ORDERED.**

March 31, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2